FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:17-cr-69-T24-TBM
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)

JORDAN RODRIGUEZ

**INDICTMENT**

SEALED

The Grand Jury charges:

**COUNT ONE**

On or about January 6, 2017, in the Middle District of Florida, the defendant,

JORDAN RODRIGUEZ

did knowingly and intentionally possess with intent to distribute, and distribute, a controlled substance, which violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(D).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D).

SEALED

## COUNT TWO

On or about January 6, 2017, in the Middle District of Florida, the defendant,

## JORDAN RODRIGUEZ

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about January 6, 2017, in the Middle District of Florida, the defendant,

## JORDAN RODRIGUEZ

did knowingly use and carry a firearm during and in relation to, and did knowingly possess a firearm in furtherance of, a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, the drug trafficking crimes alleged in Counts One and Two above; Counts One and Two being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## **FORFEITURE**

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of any violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following:

      a.     a 5.7 FN handgun;

      b.     a Sharps and Sons Rifle;

      c.     a Romarm 7.62 Rifle;

      d.     approximately 41 rounds of assorted ammunition;

      e.      approximately 40 rounds of Hornady ammunition;

      d.      approximately 34 rounds of 5.7 ammunition; and

      e.      approximately $3,944.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
Natalie Hirt Adams
Assistant United States Attorney

By: *[signature]*
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JORDAN RODRIGUEZ

## INDICTMENT

Violations: Title 21, United States Code, Section 841(a)(1)
Title 18, United States Code, Section 924(c)

A true bill,

_____
Foreperson

Filed in open court this 15th day of February, 2017.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\R\Rodriguez, Jordan_2017R00324_NHA\f_Indictment Back.docx