UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                       CASE NO. 8:17-cr-69-T-24TBM

JORDAN RODRIGUEZ

## GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby requests the Court to ask the following questions of the jury panel during jury selection.

                Respectfully submitted,

                W. STEPHEN MULDROW
                Acting United States Attorney

By:   */s/ Natalie Hirt Adams*
      Natalie Hirt Adams
      Assistant United States Attorney
      United States Attorney No. 141
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      (813) 274-6000 – telephone
      (813) 274-6220 – facsimile
      E-mail: natalie.adams@usdoj.gov

U.S. v. RODRIGUEZ                              Case No. 8:17-cr-69-T-24TBM

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Counsel of Record

                                      Respectfully submitted,

By:   */s/ Natalie Hirt Adams*
       Natalie Hirt Adams
       Assistant United States Attorney
       United States Attorney No. 141
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       (813) 274-6220 – facsimile
       E-mail: natalie.adams@usdoj.gov

# **GOVERNMENT'S REQUESTED VOIR DIRE NO. 1**

Has anyone ever been a witness, plaintiff, or defendant in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

**GOVERNMENT'S REQUESTED VOIR DIRE NO. 2**

Does any member of the jury panel have any strong feelings or opinions concerning the United States government, or about state or federal law enforcement---including but not limited to the Manatee County Sheriff's Office or the Bureau of Alcohol, Tobacco, Firearms, and Explosives---or about the criminal justice system, that might in any way affect your ability to be a fair and impartial juror in a case such as this?

# **GOVERNMENT'S REQUESTED VOIR DIRE NO. 3**

Has any member of the jury panel, or any family member, relative, or close personal friend of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

# **GOVERNMENT'S REQUESTED VOIR DIRE NO. 4**

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

# GOVERNMENT'S REQUESTED VOIR DIRE NO. 5

Does anyone here believe that people should be able to possess or use firearms in any way they wish and/or that the government should not be allowed to regulate that?

Does anyone here believe that people should be able to possess controlled substances, like cocaine or marijuana?

If you answered "yes," to either of those questions, would your feelings affect your ability to apply a federal law that says otherwise?

The Court will instruct you regarding the law in this case. Do any of you feel you would have difficulty applying the law as instructed by the Court, if you disagree with the law?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 6**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in a criminal case and return a verdict of guilty if you believed, based on all of the evidence, that the United States had proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?